IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

3.  PAUL S. TALIFERO,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's Motion to Allow Stand-In Counsel is stricken for failure to comply with D.C.COLO.LCrR 49.3E.

Dated: March 20, 2006

                                            s/ Jane Trexler, Secretary/Deputy Clerk