IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK DEBERRY,
2. RODERICK LACKEY, and
3. **PAUL TALIFERO**

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

The motion to allow stand-in counsel is granted.

Dated: March 21, 2006

                                    s/Jane Trexler, Secretary/Deputy Clerk