# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock  
Probation Officer: n/a

Date: May 3, 2006  
Time: .5 hours  
Interpreter: n/a

**CASE NO.   03-CR-00495-WDM**

Parties

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**FREDERICK D. DEBERRY,**
**RODGERICK L. LACKEY and**
**PAUL S. TALIFERO,**

Defendants.

Counsel

Joshua Stein

David Conner

James Castle  
R. Scott Reisch  
Michael Norton

## STATUS CONFERENCE

**8:30 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is Rodgerick L. Lackey is present and in custody.  Defendants Frederick D. Deberry and Paul S. Talifero's appearances have been waived.

Mr. Stein advises that there are pending motions, one needing an evidentiary hearing and suggests setting a motions hearing and trial date.

Comments by Mr. Castle regarding the status of the petition for writ of certiorari.
Page Two
03-CR-00495-WDM
May 3, 2006

Comments by Mr. Conner.

Court and counsel discuss pending motions.

**ORDERED:**  Defendant Frederick Deberry's Motion for Sanctions (Doc #245), filed 12/9/04 is **DENIED as MOOT.**

**ORDERED:**  Defendant Frederick Deberry's Motion to Join and Adopt Motions (Doc #302), filed 4/14/06 is **GRANTED.**

**ORDERED:**  Defendant Rodgerick Lackey's Motion to Join and Adopt Motions (Doc #302), filed 4/18/06 is **GRANTED.**

**ORDERED:**  Defendant Paul S. Talifero's Motion for Disclosure of 404(b) Evidence (Doc #296), filed 4/13/06 is **GRANTED.**

**ORDERED:**  Defendant Paul S. Talifero's Motion to Produce (Doc #297), filed 4/13/06 is **GRANTED.**

**ORDERED:**  Defendant Paul S. Talifero's Motion TO Sever Defendant (Doc #298), filed 4/13/06 is **DENIED as MOOT.**

**ORDERED:**  Counsel directed to chambers to schedule a motions and status hearing.

**ORDERED:**  Counsel shall submit status report addressing speedy trial one week prior to the scheduled motions and status hearing.

**ORDERED:**  Defendant Rodgerick Lackey is REMANDED to the custody of the United States Marshal.

**8:45 a.m**     **COURT IN RECESS**

**Total in court time:**     **15 minutes**

**Hearing concluded**