IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-495-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK DEBERRY,
2. RODERICK LACKEY, and
3. **PAUL TALIFERO**

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Talifero's motion to waive presence at July 26, 2006 hearing is granted.

Dated: July 6, 2006

                                        s/Jane Trexler, Judicial Assistant