IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00495-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.  PAUL S. TALIFERO,

     Defendant.

_____

**ORDER**
_____

     The court construes defendant's Notice of Disposition as a motion to change his

plea and to have the court consider the terms of the parties' plea agreement.  Pursuant

to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending

determination of those matters.  The trial date and motions hearing are vacated as to

this defendant only.  Counsel shall contact chambers within ten days to set a change of

plea hearing.

     DATED at Denver, Colorado, on December 19, 2006.

                         BY THE COURT:


                         s/ Walker D. Miller
                         United States District Judge

PDF FINAL