**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks      Date: April 26, 2006
Court Reporter: Darlene Martinez                 Time: 2 hours and 47 minutes
Probation Officer: n/a                                    Interpreter: n/a

**CASE NO.   03-CR-00495-WDM**

<u>Parties</u>                                                           <u>Counsel</u>

**UNITED STATES OF AMERICA,**                 Joshua Stein

                                                                         David Conner

         Plaintiff,

vs.

**FREDERICK D. DEBERRY and**                    Pro Se
**RODGERICK L. LACKEY,**                           R. Scott Reisch



         Defendants.

---

**MOTIONS HEARING**

---

**1:43 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Mark Johnson is present as Advisory Counsel for defendant Frederick D. Deberry.  Defendants  Frederick D. Deberry and Rodgerick L. Lackey is present and in custody.

Government's Motion for Psychiatric Exam (Doc #398), filed 4/26/07.

Page Two
03-CR-00495-WDM
April 26, 2007

Mr. Johnson advises that he has received Mr. Deberry's notice of intent to pursue a defense of insanity but thought Mr. Deberry would be pursuing a defense of diminished capacity. After discussing this with the defendant, Mr. Deberry would like to correct his notice to reflect he will be pursuing a diminished capacity defense.

Court inquires the defendant, who concurs with Mr. Johnson's comments.

Comments by Mr. Stein.

Further comments by Mr. Johnson.

Court will consider Mr. Deberry's request to amend his notice to reflect a diminished capacity defense.

**ORDERED:**   Mr. Johnson shall provide a draft order consistent with 18 § 4242, including the qualified individual who would be performing the evaluation.

**Defendants' Motions to Suppress (Doc #189 and Doc #309), filed 10/18/04.**

**2:05 p.m.**   Direct examination of Government's witness John Skowronek by Mr. Stein.

**2:23 p.m.**   Cross examination by Mr. Reisch.

**2:43 p.m.**   Cross examination by Mr. Deberry.

Witness excused.

**2:55 p.m.**   Direct examination of Government's witness Patrick Griffiths by Mr. Stein.

**3:01 p.m.**   Cross examination by Mr. Reisch.

**3:12 p.m.**   Cross examination by Mr. Deberry.

**3:15 p.m.**   Redirect examination by Mr. Stein.

Witness excused.

**3:25 p.m.**   **COURT IN RECESS**

**3:40 p.m.**   **COURT IN SESSION**

Page Three
03-CR-00495-WDM
April 26, 2007

**3:41 p.m.**     Argument by Mr. Reisch.

**3:44 p.m.**     Argument by Mr. Deberry.

Court states its findings and conclusions.

**ORDERED**:     Defendants' Motions to Suppress (**Doc #189 and Doc #309**), filed 10/18/04 are **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion for Discovery (**Doc #213**), filed 11/10/04 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment (**Doc #294** ), filed 4/13/07 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion for Discovery (**Doc #295**), filed 4/13/07 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion to Suppress (**Doc #309**), filed 10/18/04 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion to Strike (**Doc #310**), filed 10/18/04 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion for Discovery (**Doc #311**), filed 11/10/04 is **DENIED.**

**ORDERED:**     Defendant Paul S. Talifero's Motion for Sanctions (**Doc #312**), filed 12/3/04 is **DENIED.**

**ORDERED:**     Defendant Rodgerick L. Lackey's Motion to Strike (**Doc #191**), filed 10/18/04 is **STRICKEN.**

**Defendant Frederick D. Deberry's Motion to Dismiss (Doc #349), filed 12/6/06.**

**3:55 p.m.**     Argument by Mr. Johnson.

**4:05 p.m.**     Argument by Mr. Stein.

**4:12 p.m.**      Further argument by Mr. Johnson.

Page Four
03-CR-00495-WDM
April 26, 2007

**ORDERED:**   Defendant Frederick D. Deberry's Motion to Dismiss (**Doc #377**), filed 1/24/07 is **STRICKEN**.

**ORDERED:**   Defendant Frederick D. Deberry's Motion to Dismiss Indictment (**Doc #392**), filed 4/5/07 is **DENIED** and the argument contained in this motion will be addressed in the Court's ruling concerning the Motion to Dismiss (**Doc #349**).

**ORDERED:**   Defendant Frederick D. Deberry's Motion Re: Civilian Clothes (**Doc #377**), filed 1/24/07 is **DENIED.**

**ORDERED:**   Defendant Frederick D. Deberry's Motion to Transport Defendant (**Doc #377**), filed 1/24/07 is **DENIED.**

**ORDERED:**   Defendant Frederick D. Deberry's Motion for Disclosure of 404(b) Evidence (**Doc #393**), filed 4/5/07 is **DENIED as MOOT.**

**ORDERED:**   Defendant Rodgerick L. Lackey's Motion to Adopt Previously filed Motions (**Doc #293**), filed 4/12/06 is **GRANTED.**

**ORDERED:**   Defendant Rodgerick L. Lackey's Motion to Join and Adopt Motions filed by Co-Defendant Talifero (**Doc #303**), filed 4/18/06 is **GRANTED.**

**Defendant Frederick D. Deberry's Motion for Discovery (Doc #364), filed 1/12/07.**

**4:20 p.m.**      Argument by Mr. Johnson.

**4:26 p.m.**      Argument by Stein.

**ORDERED:**   Defendant Frederick D. Deberry's Motion for Discovery ( **Doc #364**), filed 1/12/07 is **GRANTED** as to the roster list and **DENIED** as to the mass interview forms.

Discussion regarding whether the trials shall remain severed and speedy trial.

Comments by Mr. Stein.

Comments by Mr. Reisch, requesting the Court make an ends of justice finding, to allow him to adequately prepare to proceed to trial as to defendant Rodgerick L. Lackey.

Page Five
03-CR-00495-WDM
April 26, 2007

Court concludes that the ends of justice served by excluding **from today, up to and including July 30, 2007** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. Taking into account the exercise of due diligence. Considering time needed to obtain the psychiatric examination, and determining order of trial, location and subpoenaing of witnesses, that to require defendants to go to trial within the established speedy trial deadline would be unreasonable to expect adequate preparation for pretrial and trial.

**ORDERED:** Counsel directed to chambers to schedule a status conference no later than **July 15, 2007.**

**ORDERED:** Defendants are REMANDED to the custody of the U.S. Marshal.

**4:45 p.m.     COURT IN RECESS**

**Total in court time:        167 minutes**

**Hearing concluded**